**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2038*

September 24, 2026

Via ECF
Honorable Esther Salas, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *Chacha Tenesaca v. Blanche, et al.*, 26-12084 (ES)**
**Request for One-day Extension of Respondents' Deadline**

Dear Judge Salas:

This Office represents Respondents in this habeas action. We write to respectfully request a one-day extension of Respondents' deadline to respond to Petitioner's reply filed on September 18, 2026, ECF 5. The September 21, 2026 Text Order, ECF 6, directed Respondents to file a response by September 24, 2026, and Respondents respectfully request that the Court permit the response to be filed on September 25, 2026. Because of the late hour, we respectfully make this extension request without contacting Petitioner's counsel to seek his consent. We seek the extension because this Office requires further information from U.S. Immigration and Customs Enforcement ("ICE"), including the voluntary departure order, as requested by Petitioner in his reply, *see* ECF 5 at 7.

Further, this afternoon, ICE informed this Office that Petitioner was returned to Delaney Hall Detention Facility on September 21, 2026. As Petitioner indicated in his reply, he was transferred to the Brooklyn Metropolitan Detention Center, notwithstanding this Court's September 14, 2026 Order, ECF 2. We apologize to the Petitioner and to the Court that Petitioner was transferred from New Jersey in violation of this Court's September 14, 2026 Order, ECF 2.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/Frances Bajada*
FRANCES BAJADA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: September 25, 2026**